UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA STEVENS,

                          Plaintiffs,

            -against-

MEGABUS NORTHEAST LLC, et al.,

                          Defendants.

23-CV-9193 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court directs the parties to file a joint status letter, updating the Court on the

bankruptcy proceedings referenced at ECF No. 28 and the status of this case, no later than **June**

**12, 2026**.

Dated:  June 2, 2026
           White Plains, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*
                                                    _____

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge